UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
CHANGGENG CHEN,                                                    :
:
Petitioner,          :
:                    25 Civ. 9995 (JPC)
-v-                                        :
:                    ORDER
JUDITH ALMODOVAR, *et al.*,                                        :
:
Respondents.         :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed under 28

U.S.C. § 2241, orders that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's

Office for the Southern District of New York that this Order has been issued.

By December 12, 2025, the U.S. Attorney's Office shall file an answer or other pleadings

in response to the petition.  Petitioner may file reply papers, if any, by December 19, 2025.

SO ORDERED.

Dated: December 4, 2025
New York, New York                          _____
JOHN P. CRONAN
United States District Judge