```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CHANGGENG CHEN,                                                        :
                                                                       :
                            Petitioner,                                :
                                                                       :   25 Civ. 9995 (JPC)
              -v-                                                      :
                                                                       :   ORDER
JUDITH ALMODOVAR, et al.,                                              :
                                                                       :
                            Respondents.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

No later than February 16, 2026, Petitioner should submit a letter, not to exceed five pages, explaining whether there is any basis to distinguish his case from this Court's recent decision in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y. Jan. 14, 2026).

SO ORDERED.

Dated: February 9, 2026
       New York, New York

_____
JOHN P. CRONAN
United States District Judge