**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHANGGENG CHEN,

                              Petitioner,

-against-                                                          25 **CIVIL** 9995 (JPC)

                                                                  **JUDGMENT**

JUDITH ALMODOVAR, et al.,

                              Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 24, 2026, Changgeng Chen's Petition for

a Writ of Habeas Corpus is denied; accordingly, the case is closed.

**Dated:** New York, New York

     March 4, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                              **BY:**        K. mango
                                        _____
                                        **Deputy Clerk**